UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MICHELLE CAROLYN GREEN**  　　　　　　　　　**CIVIL ACTION**

**VERSUS**  　　　　　　　　　　　　　　　　　　**NO. 19-11224**

**SOCIAL SECURITY ADMINISTRATION**  　　　　**SECTION "D" (3)**

REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion for Summary Judgment. [Doc. #15]. In response, the Commissioner has filed Defendant's Unopposed Motion to Reverse and Remand. [Doc. #18]. Having reviewed the pleadings and the case law, the Court rules as follows.

I.   **Law and Analysis**

"A district court may remand a social security case pursuant only to the fourth and sixth sentences of § 405(g)." *Dudley v. Astrue*, 246 Fed. Appx. 249, 250 (5th Cir. 2007); *M.I.A. v. Astrue*, Civ. A. No. 07-5742, 2008 WL 4681381, at *2 (E.D. La. Oct. 20, 2008). "The fourth sentence of § 405(g) authorizes a court to enter a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *Id.* (internal quotation and citation omitted).

Here, the Commissioner asks the Court to reverse and remand this case to the Administrative Law Judge ("ALJ") under the fourth sentence of Section 405(g) to conduct further administrative proceedings. Plaintiff does not dispute a remand to the ALJ. Having reviewed the motion, the Court finds that the motion has merit, and this case requires a reversal of the ALJ's order and a remand to the ALJ under the fourth sentence of Section 405(g) to conduct further proceedings. The ALJ shall determine whether a qualified psychiatrist or psychologist is required to review this case and to offer his/her opinion as to the claimant's functional abilities, whether a

1

different ALJ is required to hear this case, and/or whether any other findings are required consistent with this recommendation.

## II. CONCLUSION

Accordingly, for the reasons outlined above,

**IT IS RECOMMENDED** that Defendant's Unopposed Motion to Reverse and Remand [Doc. #18] be GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [Doc. #15] be DISMISSED WITHOUT PREJUDICE, and plaintiff's case be DISMISSED WITHOUT PREJUDICE.

### NOTICE OF RIGHT TO OBJECT

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after being served with a copy of this report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the district court, except upon grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 30th day of March, 2020.

**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**