UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELLE CAROLYN GREEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11224-WBV-DMD** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "D" (3)** |

## ORDER

Pursuant to Section 405(g) of the Social Security Act (the "Act"), 42 U.S.C. § 405(g), plaintiff, Michelle Carolyn Green, appeals the final decision of the Commissioner of the Social Security Administration (the "Commissioner"), denying her claim for supplemental security income under Title XVI of the Act, 42 U.S.C. § 1382. On January 22, 2020, Plaintiff filed a Motion for Summary Judgment, asserting that she is entitled to judgment because: (1) the ALJ erred as a matter of law by using his lay judgment alone to assess this case involving a mental impairment; and (2) the ALJ who conducted the hearing in this case was not properly appointed under the Constitution.[1] In response, the Commissioner filed an Unopposed Motion to Reverse and Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g), requesting that the Court remand this case to allow the Commissioner to conduct further proceedings.[2]

The Magistrate Judge issued a Report and Recommendation, recommending that the Commissioner's Unopposed Motion to Reverse and Remand be granted, that

---

[1] R. Docs. 15 & 15-1.
[2] R. Doc. 18.

Plaintiff's Motion for Summary Judgment be dismissed without prejudice, and that Plaintiff's case be dismissed without prejudice.[3] Neither party has filed objections to the Report and Recommendation.

Having carefully considered the Complaint, the administrative record, the applicable law, the Magistrate Judge's Report and Recommendation,[4] Plaintiff's Motion for Summary Judgment,[5] and the Commissioner's Unopposed Motion to Reverse and Remand,[6] the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report as the Court's opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Unopposed Motion to Reverse and Remand[7] is **GRANTED**, and Plaintiff's Motion for Summary Judgment[8] is **DISMISSED without prejudice.**

New Orleans, Louisiana, June 12, 2020.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**

---

[3] R. Doc. 19.
[4] R. Doc. 19.
[5] R. Doc. 15.
[6] R. Doc. 18.
[7] R. Doc. 18.
[8] R. Doc. 15.